**JS-6**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| MATHILDE GENOVESE, an individual<br><br>Plaintiff,<br><br>vs.<br><br>BRIGHT GLOW CANDLE COMPANY, INC., A CALIFORNIA CORPORATION;  and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: EDCV11-1577-VAP-SPx<br><br>[~~PROPOSED~~] **ORDER GRANTING DISMISSAL ON STIPULATION** |

Pursuant to pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1) this action and all claims asserted in it are dismissed with prejudice and the matter is closed.

DATED: August 31, 2012        By: _/s/ Virginia A. Phillips_
                                                    UNITED STATES DISTRICT JUDGE

-1-